[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 06-12507
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPT 27, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00118-CR-5-RV

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JAMES OLIVER FAMBRO,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(September 27, 2006)**

Before DUBINA, HULL and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for James Oliver Fambro in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fambro's convictions and sentences are **AFFIRMED**.